United States District Court
Southern District of Texas
**ENTERED**
November 15, 2018
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| KELLY MICIAK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:18-CV-00398 |
| | § | |
| ARIES WORLDWIDE LOGISTICS, | § | |
| LLC and ARIES FREIGHT | § | |
| SYSTEMS LP | § | |
| | § | |
| Defendants. | § | |

## ORDER APPROVING SETTLEMENT AGREEMENT AND
## DISMISSING CLAIMS WITH PREJUDICE

Before the Court is the Parties' Joint Motion to Approve Settlement and Dismiss Action with Prejudice. This Court has read the Motion and reviewed the Settlement Agreement and hereby finds as follows:

The Settlement Agreement resolves a *bona fide* dispute between the Parties regarding whether or not Plaintiffs were properly classified as exempt employees, whether Defendants are responsible for overtime wages under the Fair Labor Standards Act (FLSA), and whether any liquidated damages are owed.

This Court further finds that the Settlement Agreement is fair and reasonable in light of the following:

- Because the Settlement was negotiated at arms' length between experienced counsel, there is no evidence of fraud or collusion in the Settlement Agreement;

- The nature of misclassification claims requires individualized inquiries and determinations, increasing the complexity, expense and likely duration of litigation;

APPROVED AND ENTRY REQUESTED:

DAVID I. MOULTON
State Bar No. 24051093
BRUCKNER BURCH PLLC
8 Greenway Place, Suite 1500
Houston, Texas 77046
dmoulton@brucknerburch.com
**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

ANTHONY G. STERGIO
Federal Bar No. 17302
State Bar No. 19169450
ANDREWS MYERS, P.C.
1885 Saint James Place, 15th Floor
Houston, Texas 77056-4110
Telephone:  (713) 850-4200
Facsimile:  (713) 850-4211
astergio@andrewsmyers.com
**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

3

- The Parties were able to exchange information and thoroughly assess the legal and factual merits of the claims and defenses to assist in their settlement discussions;

- The settlement terms reflect a fair recovery.   The settlement amount recognizes the reasonable likelihood of recovery, the costs attendant to continued litigation, and adequately compensates counsel for their efforts in pursuing this matter;

- Finally, this Court agrees with the opinions of counsel that the Settlement is fair and reasonable.

For the foregoing reasons, this Court approves the Settlement Agreement and hereby orders that this case be dismissed, with prejudice.

SIGNED at Houston, Texas on this _13th_ day of November, 2018.

Lee H. Rosenthal
Chief United States District Judge

2